**Dated: December 03, 2014**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:   DONALD RAY HUTCHINSON
Debtor / Movant

Case No. 14-31684 GWE
Chapter 13

vs.                                                              Adv. Pro. No. 14-00418

WELLS FARGO HOME MORTGAGE
Creditor / Respondent

ORDER GRANTING DEBTOR'S MOTION FOR TEMPORARY RESTRAINING ORDER

Upon this day comes on for hearing the debtor's Motion for Temporary Restraining Order. From the statements of counsel, the Court finds that:

1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on November 14, 2014.

2. The debtor filed a Complaint for Injunctive Relief and Motion for Temporary Restraining Order on November 19, 2014 against the defendant, Wells Fargo Home Mortgage,

seeking to enjoin defendant from holding a foreclosure sale of the debtor's real property located at 1105 Hester Road., Memphis Tennessee 38116 on December 4, 2014 at 10:00 am.

3. The debtor's Motion for Temporary Restraining Order shall be and is hereby granted at 9:45 am on December 2, 2014. Defendant Wells Fargo Home Mortgage shall adjourn its foreclosure sale on 1105 Hester Road until December 11, 2014 at 12:00 pm. unless this Court enters an order allowing it to conduct the sale at an earlier date. The hearings on both the preliminary injunction and final injunction shall be heard on December 4, 2014 at 10:00 am.

4. All other findings of fact and conclusions of law announced by the Court during this proceeding are incorporated into this Order by reference as if copied here verbatim.

IT IS SO ORDERED.


Approved:


/s/ Herbert Hurst_____
Prepared by: Herbert Hurst    18721
Hurst Law Firm, P.A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000


 /s/ Sylvia Ford Brown_____
Chapter 13 Trustee
200 Jefferson Ave., Ste. 1113
Memphis, TN 38103

cc:
Debtor(s)
Ch. 13 Trustee
Debtor's Attorney
Wells Fargo Home Mortgage