**Dated: December 18, 2014**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:   DONALD RAY HUTCHINSON                                  Case No. 14-31684 GWE
        Debtor(s)                                                              Chapter 13
                                                                                Adv. Proc. No. 14-00418

**WELLS FARGO HOME MORTGAGE**
Defendant

### ORDER VOLUNTARILY DISMISSING DEBTOR'S COMPLAINT FOR INJUNCTIVE RELIEF

Upon this day comes the hearing on the debtor's complaint for injunctive relief. From the statements of counsel, the Court finds that:

1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on November 14, 2014.

2. The debtor thereafter filed a complaint for injunctive relief on November 19, 2014.

3. The debtor's complaint for injunctive relief is hereby voluntarily dismissed by the debtor without prejudice.

IT IS SO ORDERED.

Approved:

/s/ Jill M. Shirley_____
Jill M. Shirley   022286

Hurst Law Firm, P.A.
Attorney for Debtors
P. O. Box 41497
Memphis, TN 38174-1497
(901) 725-1000

  /s/ Sylvia Ford Brown
   Chapter 13 Trustee

Chapter 13 Trustee
200 Jefferson, Suite 1113
Memphis TN 38103

## CERTIFICATE OF MAILING

cc:
Debtor(s)
Debtor's Attorney
Ch. 13 Case Trustee
**Wells Fargo Home Mortgage**